PEOPLE *v.* WESTON

Appeal from Wayne, Charles Kaufman, J. Submitted Division 1 May 5, 1970, at Detroit. (Docket No. 7,370.) Decided December 1, 1970. Leave to appeal denied April 15, 1971. 384 Mich 828.

Tyrone Weston was convicted of armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Charles Rubinoff,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and McGREGOR and AGER,* JJ.

PER CURIAM. Defendant was found guilty by a jury of the crime of armed robbery and was sentenced to a term of 7 to 15 years in prison. MCLA § 750.529 (Stat Ann 1970 Cum Supp § 28.797). On appeal, defendant questions the sufficiency of the evidence offered by the people in support of the jury's verdict of guilty. An examination of the

---

* Circuit judge, sitting on the Court of Appeals by assignment.

record on appeal indicates that the evidence, if believed, was sufficient to support the jury's finding of a reasonable doubt of the crime charged. *People v. Petrosky* (1938), 286 Mich 397; *People v. Clifford Jordan* (1969), 19 Mich App 356; *People v. Ford* (1969), 19 Mich App 519.

Affirmed.